AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 841(a)(1), (b)(1)(C), 860(a) (Distribution of and Possession With Intent to Distribute Methamphetamine Near a School); 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition); 18 U.S.C. § 924(c)(1) (Using, Carrying, or Possessing a Firearm in Connection with a Drug Trafficking Crime); 18 U.S.C. § 924(d)(1)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attachment A

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FILED  JAN - 7 2016
SUSAN Y. SOONG
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT - U.S.
▶ REUBEN PRECIADO

DISTRICT COURT NUMBER
CR16-00010 CRB

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☒ person is awaiting trial in another Federal or State Court, give name of court
Superior Court of California, San Francisco County

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Jerome Mayer-Cantu

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
San Francisco County Superior Court

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No bail.

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                    Before Judge:

Comments:

# Attachment A

**Count One**: 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 860(a) (Distribution of and Possession With Intent to Distribute Methamphetamine Near a School)

*Penalties*: Between 1 and 40 years of imprisonment; maximum fine of $2,000,000; at least 6 years of supervised release; a mandatory $100 special assessment.

**Count Two**: 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition)

*Penalties*: Up to 10 years of imprisonment; maximum fine of $1,000,000; up to 3 years of supervised release; a mandatory $100 special assessment.

**Count Three**: 18 U.S.C. § 924(c)(1) (Using, Carrying, or Possessing a Firearm in Connection with a Drug Trafficking Crime)

*Penalties*: At least 5 years of imprisonment, to be served consecutively.

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR16-00010   CRB

UNITED STATES OF AMERICA,

V.

REUBEN PRECIADO,

FILED
JAN - 7 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT(S).

## INDICTMENT

21 U.S.C. § § 841(a)(1) &(b)(1)(C) 860(a) - Distribution of and Possession with Intent to Distribute Methamphetamine Near School ;
18 U.S.C. § 922(g) (1)- Felon in Possession of Firearm and Ammunition;
18 U.S.C. § 924(c)(1)- Using, Carrying, or Possessing a Firearm in Connection with Drug Trafficking Crime:
18 U.S.C § 924(d)(1), 21 U.S. C § 853 & 28 U.S.C. § 2481 - Criminal Forfeiture

_____
A true bill.

_____
Foreman

Filed in open court this __7th__ day of __January__
__2016__.

_____
                                          Clerk
1/7/16

Bail, $ _no bail issued_

1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney

FILED
JAN - 7 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-00010 CRB |
| Plaintiff, | VIOLATIONS: 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 860(a) (Distribution of and Possession With Intent to Distribute Methamphetamine Near a School); 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition); 18 U.S.C. § 924(c)(1) (Using, Carrying, or Possessing a Firearm in Connection with a Drug Trafficking Crime); 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853 & 28 U.S.C. § 2461 (Criminal Forfeiture) |
| v. | |
| REUBEN PRECIADO, | |
| Defendant. | |
| | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 860(a) – Distribution and Possession with Intent to Distribute Methamphetamine Within 1,000 Feet of a School)

On or about November 19, 2015, in the Northern District of California, the defendant,

REUBEN PRECIADO,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule II controlled substance, to wit: methamphetamine, its salts, isomers, and salts of its isomers, and did so within 1,000

1

INDICTMENT

feet of the real property comprising Marshall Elementary School, an elementary school in San Francisco, California, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 860(a).

COUNT TWO: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about November 19, 2015, in the Northern District of California, the defendant,

REUBEN PRECIADO,

after having been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, unlawfully and knowingly possessed a firearm, to wit, one Jimenez .380 caliber J.A. model pistol with serial number 314649, and ammunition, to wit, six DRT-brand, .380 caliber ammunition rounds, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE: (18 U.S.C. § 924(c) – Using, Carrying, or Possessing a Firearm in Connection with a Drug Trafficking Crime)

On or about November 19, 2015, in the Northern District of California, the defendant,

REUBEN PRECIADO,

did knowingly carry and use a firearm, that is, a Jimenez .380 caliber J.A. model pistol with serial number 314649, during and in relation to the drug trafficking crime charged in Count One of this Indictment, and did knowingly possess said firearm in furtherance of the drug trafficking crime charged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

FORFEITURE ALLEGATION: (18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c))

The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count One above, the defendant,

REUBEN PRECIADO,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title, and interest in any property constituting or derived from any proceeds the defendant obtained, directly or

INDICTMENT

2

1 | indirectly, as a result of said violation, and any property used, or intended to be used, to commit or to
2 | facilitate the commission of such violation, including but not limited to the following property:
3 |     a.    one Jimenez .380 caliber J.A. model pistol with serial number 314649; and
4 |     b.    six DRT-brand .380 caliber ammunition rounds.
5 |     Upon conviction of any of the offenses alleged in Counts Two and Three above, the defendant,
6 |     REUBEN PRECIADO,
7 | shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28,
8 | United States Code, Section 2461(c), all right, title, and interest in any firearm and ammunition involved
9 | in or used in any violation of said offenses, including but not limited to:
10 |     a.    one Jimenez .380 caliber J.A. model pistol with serial number 314649; and
11 |     b.    six DRT-brand .380 caliber ammunition rounds.
12 |     If any of the property described above, as a result of any act or omission of the defendant:
13 |     a.    cannot be located upon the exercise of due diligence;
14 |     b.    has been transferred or sold to or deposited with, a third person;
15 |     c.    has been placed beyond the jurisdiction of the Court;
16 |     d.    has been substantially diminished in value; or
17 |     e.    has been commingled with other property which cannot be divided without
18 |     difficulty;
19 | any and all interest the defendant has in any other property (not to exceed the value of the above
20 | forfeitable property) shall be forfeited to the United States pursuant to Title 21, United States Code,
21 | Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

INDICTMENT

3

1  All in violation of Title 18, United States Code, Section 924(d), Title 21, United States Code,
2  Section 853, and Title 28, United States Code, Section 2461(c), and pursuant to Rule 32.2 of the Federal
3  Rules of Criminal Procedure.
4  DATED: 1/7/16                              A TRUE BILL.

                                              _____
                                              FOREPERSON

BRIAN J. STRETCH
Acting United States Attorney

DAVID R. CALLAWAY
Chief, Criminal Division

(Approved as to form: _____ )
                      JEROME MAYER-CANTÚ
                      Assistant United States Attorney

INDICTMENT                                    4